THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON PERKINS, JR., Appellant. (Appeal No. 1.) [869 NYS2d 846]—

Present—Scudder, P.J., Hurlbutt, Fahey, Peradotto and Pine, JJ.